| | |
|---|---|
| **UNITED STATES COURT OF INTERNATIONAL TRADE** | **FORM 3** |

| | |
|---|---|
| Citribel N.V.,<br><br>                Plaintiff,<br><br>  v.<br><br>United States,<br><br>                Defendant. | **S U M M O N S**<br>**CIT NO. 24-00010** |

**TO:**  The Attorney General, the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                                           **/s/ Mario Toscano**
                                                             Clerk of the Court

---

1. <u>Name and Standing of Plaintiff</u>

   Citribel N.V. ("Citribel") is a foreign producer and exporter of the merchandise *(i.e.* citric acid and certain citrate salts from Belgium) subject to the final determination being challenged in this action. Citribel is an interested party within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1). Citribel is the named respondent and also fully and actively participated in the underlying administrative proceeding that lead to the final determination being challenged. Accordingly, Citribel has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>

   Plaintiff contests the factual findings and legal conclusions issued by the U.S. Department of Commerce ("Department") in the final results of the administrative review of the antidumping duty order on citric acid and certain citrate salts from Belgium covering shipments of subject merchandise during the time period July 1, 2021, through June 30, 2022. *See Citric Acid and Certain Citrate Salts From Belgium: Final Results of Antidumping Duty Administrative Review; 2021-2022; 88 Fed. Reg. 90,167* (December 29, 2023) ("Final Results") and accompanying Issues and Decision Memorandum ("Final Decision Memo").

3. <u>Date of Determination</u>

The Department's above-referenced final determination was issued on December 22, 2023, and published in the Federal Register on December 29, 2023. The Department's Final Decision Memo was issued on December 22, 2023.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The Department's above-referenced final determination was published in the Federal Register on December 29, 2023. *See 88 Fed. Reg. 90,167* (December 29, 2023). The Department's Final Decision Memo was not published in the Federal Register.

Daniel Cannistra, Esq.
Pierce Lee, Esq.

*/s/ Daniel Cannistra*

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Tel: (202) 624-2500
Email: dcannistra@crowell.com (Daniel Cannistra)
  plee@crowell.com (Pierce Lee)

<u>Counsel for Plaintiff</u>

*/s/ Daniel Cannistra*
_____
Signature of Plaintiff's Attorney

January 12, 2024
_____
Date

## SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

**UPON THE UNITED STATES:**
Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Supervision Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

**UPON THE DEPARTMENT OF COMMERCE:**

Robert Heilferty, Esq.
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street and Constitution Ave., NW
Washington, DC 20230