## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CITRIBEL NV,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>ARCHER DANIELS MIDLAND COMPANY; CARGILL, INCORPORATED; and PRIMARY PRODUCTS INGREDIENTS AMERICAS LLC,<br>    *Defendant-Intervenors*. | Ct. No. 24-00010-MMB |

### ORDER

For the reasons stated in Slip Opinion 25-110 (ECF 61), the court remands to the Department of Commerce for further proceedings consistent with that decision.

1. Commerce must file its remand determination on or before 120 days after entry of this order.

2. Commerce must file the administrative record on or before 14 days after the date on which it files the remand determination.

3. The court's instructions governing joint appendix preparation[1] govern the Remand Appendix.

---

[1] https://www.cit.uscourts.gov/sites/cit/files/Instructions%20to%20Counsel%20in%201581%28c%29%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

4.  No later than 14 days after Defendant files the administrative record, the parties are to file a proposed scheduling order advising the court of which appendix preparation option the parties have selected and proposing due dates for the parties' comments and the Remand Appendix. The proposed due dates should reflect the appendix preparation option the parties choose.

5.  The parties' proposed scheduling order must prescribe a deadline for the intervenors' comments that is later than the government's deadline and must include a word-count limitation for the intervenors' comments that is one-half of the words available to the government.

Dated:	August 22, 2025	/s/ *M. Miller Baker*
	New York, New York	M. Miller Baker, Judge