# UNITED STATES COURT OF INTERNATIONAL TRADE

CITRIBEL N.V.,

*Plaintiff*,

v.

UNITED STATES,

*Defendant*,

and

ARCHER DANIELS MIDLAND COMPANY; CARGILL, INCORPORORATED; and PRIMARY PRODUCTS INGREDIENTS AMERICAS LLC,

*Defendant-Intervenors*.

Ct. No. 24-00010-MMB

## JUDGMENT

For the reasons stated in Slip Opinion 26-134 (ECF 95), the court sustains the Department of Commerce's redetermination (ECF 67).

Dated: October 29, 2026
New York, New York

/s/ *M. Miller Baker*
M. Miller Baker, Judge